UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-

Case No. 3:08-CR-174-2

District Judge Thomas M. Rose

CHAUNCEY WENDELL KING,

Defendant.

## JUDGEMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

Pursuant to the record set forth in open Court on December 28, 2011, the Defendant appeared with Counsel, and entered an admission to the violation of supervised release as alleged by the U.S. Probation Department. The Court accepted the admission and found that the Defendant had violated the conditions of his supervised release as alleged and proceeded immediately to sentencing. The Court ORDERED that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months to be served consecutively to the sentence imposed in Case #2011CR02374/1 in Montgomery County, Ohio, Court of Common Pleas. The sentence will not be followed by any period of supervised release.

The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated, and that the Defendant be incarcerated at a facility as close to his home in the Dayton, Ohio, area as possible consistent with his security status.

The Defendant was explained his right of appeal and indicated an understanding of same.

The Defendant is remanded to the custody of the U.S. Marshal.

IT IS SO ORDERED.

Date: 12-29-11

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT